**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01577-CV

## IN THE INTEREST OF J.A.S.C., J.A.L.C., N.D.C, AND G.S.C, CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-08960-T**

## ORDER

Because the reporter's record has not yet been filed, we **DENY** as premature appellant's

December 2, 2013 motion for extension of time to file brief.


/Douglas S. Lang/
DOUGLAS S. LANG
PRESIDING JUSTICE